IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE ANDREWS,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-4326 |
| | : | |
| **MONTGOMERY COUNTY DA,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 28th day of January 2022, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Montgomery County's District Attorney's Response (ECF No. 15), Petitioner's Reply (ECF No. 16), and after review of United States Magistrate Judge Scott W. Reid's Report and Recommendation (ECF No. 18), and Petitioner's Objections to the Report and Recommendation (ECF No. 19), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case as **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**